IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRACY KIRKSEY                                                              PLAINTIFF

v.                              No. 3:14-cv-176-DPM-JTR

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                               DEFENDANT

ORDER

Unopposed recommendation, № 13, adopted. FED R. CIV. P. 72(b)

(Advisory Committee Notes to 1983 Addition).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

27 April 2015