IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRACY KIRKSEY                                                              PLAINTIFF

v.                              No. 3:14-cv-176-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                               DEFENDANT

JUDGMENT

Kirksey's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2015